UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD E. BLACKBURN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0177** |
| **WARDEN HOWARD PRINCE** | **SECTION "H"(5)** |

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

Accordingly;

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment against petitioner, Leonard E. Blackburn, dismissing with prejudice his petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this 8th day of January, 2015.

_____
**JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE**