UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEONARD E. BLACKBURN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-0177** |
| **WARDEN HOWARD PRINCE** | **SECTION "H"(5)** |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned *habeas corpus* proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____    a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):
_____
_____
_____

\_\_\_X\_\_\_    a certificate of appealability shall not be issued for the following reason(s):
The reasons stated in R. Doc. 15._____
_____
_____

New Orleans, Louisiana, this 8th day of January, 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE